1  Adam D. Brumm, Esq.  SB#257906
2  Eden Environmental Defenders
   1520 E. Covell Blvd, Suite B5-611
3  Davis, CA  95616
   Telephone: (800) 545-7215, Extension 906
4  Email:  adam@edendefenders.org

5  Attorneys for Plaintiff
   CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 | CENTRAL VALLEY EDEN                 ) Case No.:  1:22-cv-01532-JLT-SAB
   | ENVIRONMENTAL DEFENDERS, LLC, a     )
13 | California limited liability company, ) **NOTICE OF VOLUNTARY DISMISSAL**
   |                                     ) **OF ENTIRE CASE WITHOUT**
   |            Plaintiff,               ) **PREJUDICE**
14 |                                     )
15 |       vs.                           )
   |                                     ) **F.R.C.P. 41 (a)(1)(A)(i)**
16 | RECYCO, INC., a California limited liability )
   | company; and DOES 1-10, inclusive,  )
17 |                                     )
18 |            Defendant.               )
   |                                     )
19 |_____)

20         Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

21  CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, by and through its

22  counsel, hereby gives Notice that the above-captioned action is voluntarily dismissed **without**

23  **prejudice** against all Defendants.

24         Dated:  3/8/2023

25
                                          By:  __/S/_Adam D. Brumm_____
26                                              Adam D. Brumm
                                                Attorney for Plaintiff
27

28


COMPLAINT – Page 1